UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

-----------------------------------------------------------------x

MILLY MIKALI AMDUSO, et al.,

                    Plaintiffs,

         -v-

REPUBLIC OF SUDAN, et al.,

                  Defendants.

-----------------------------------------------------------------x

**ORDER**

16-CV-3901 (RMB)

On May 25, 2016, Plaintiffs filed four petitions seeking an "order pursuant to 28 U.S.C. § 1610(c) to execute against blocked assets of the Republic of Sudan." The petitions were consolidated under docket 16-CV-3901 on July 8, 2016.

On October 21, 2016 and January 5, 2017, Plaintiff's counsel advised the Court that the petitions "will need to be amended or withdrawn subject to a new motion pursuant to 28 U.S.C. § 1610(c) being filed" due to subsequent developments. No activity has occurred in this matter since those communications.

The action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) unless the parties file a letter by March 13, 2020 explaining why the case should remain open.

Dated: New York, New York
       February 12, 2020

*Richard M. Berman*

_____

**RICHARD M. BERMAN, U.S.D.J.**

1