UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MILLY MIKALI AMDUSO, et al.,                       :
                                                                         :
                                   Plaintiffs,          :
                                                                         :           16-CV-3901 (RMB)
                      - against -                       :
                                                                         :           **ORDER**
REPUBLIC OF SUDAN, et al.,                        :
                                                                         :
                                   Defendants.        :
------------------------------------------------------------------x

On May 25, 2016, Plaintiffs filed four motions seeking an "order pursuant to 28 U.S.C. § 1610(c) to execute against blocked assets of the Republic of Sudan." The motions were consolidated under docket 16-CV-3901 on August 9, 2016. On January 5, 2017, Plaintiffs advised the Court that they were considering "whether to withdraw or amend their pending § 1610(c) motion or [] file a new motion altogether." Plaintiffs have not been heard from since; nor have they filed any submission since.

On February 12, 2020, the Court ordered that the case would be dismissed pursuant to Federal Rule of Civil Procedure 41(b) "unless the parties file a letter by March 13, 2020 explaining why the case should remain open." No party has filed any response.

**Conclusion & Order**

After analyzing the five-factor test set forth in U.S. ex rel. Drake v. Norden Sys., Inc., 375 F.3d 248 (2d Cir. 2004) as they apply here, the Court dismisses the case with prejudice. See U.S. ex rel. Pervez v. Maimonides Med. Ctr., 415 F. App'x 316, 317 (2d Cir. 2011) ("An action may be subject to dismissal with prejudice pursuant to Rule 41(b) for failure to prosecute where the plaintiff has allowed the action to lie dormant without any significant activity."). The Clerk of the Court is respectfully requested to close this case.

Dated:  New York, New York
            April 24, 2020                                                  _____
                                                                                        **RICHARD M. BERMAN, U.S.D.J.**